## Gilchrist Unemployment Compensation Case.

Submitted December 8, 1969. *Ira I. Pechter,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Goldberger et al., Appellants, v. State Department of Public Instruction.

Argued December 9, 1969. *Richard M. Squire,* with him *Abraham L. Shapiro,* and *Cohen, Shapiro, Berger, Polisher & Cohen,* for appellant; *Benjamin Frank,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for State Department of Public Instruction, appellee.

Order affirmed.